# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

STATE OF WASHINGTON,

*Plaintiff*

v.

CITY OF SUNNYSIDE, et al.,

*Defendant*

Civil Action No. 1:19-CV-3174-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Defendants' Motion to Dismiss (ECF No. 4) is GRANTED in all parts except with respect to Defendants' request for dismissal with prejudice, which is DENIED in part. Plaintiff's Amended Complaint (ECF No. 7) is DISMISSED WITHOUT PREJUDICE. Judgment of dismissal is hereby entered without prejudice in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendants' Motion to Dismiss (ECF No. 4).

Date: December 6, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb